IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CAROLINE SUE GANN
#63015

PLAINTIFF

v.  No. 3:19-cv-200-DPM

AMBER NICOLE ANDERSON,
ADAM GREGORY ANDERSON

DEFENDANTS

ORDER

1. Gann's application to proceed *in forma pauperis* is incomplete; she didn't submit a calculation sheet or certificate. Her application, № 1, is therefore denied without prejudice. Gann must submit a completed application and certified calculation sheet by 26 August 2019. If she doesn't, then the Court will dismiss her complaint without prejudice. LOCAL RULE 5.5(c)(2). If the Court grants Gann permission to proceed *in forma pauperis*, then she will have to pay the $350 filing fee in monthly installments taken from her prisoner account. 28 U.S.C. § 1915(b).

2. The Court directs the Clerk to mail Gann an *in forma pauperis* application with a copy of this Order.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 July 2019