# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

CAROLINE SUE GANN                                                    PLAINTIFF
#63015

v.                               No. 3:19-cv-200-DPM

AMBER NICOLE ANDERSON,
ADAM GREGORY ANDERSON                                                DEFENDANTS

## ORDER

Gann hasn't paid the $400 filing and administrative fees or filed a complete application to proceed *in forma pauperis;* and the time to do so has passed. № 4. Her complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

27 August 2019