# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

CAROLINE SUE GANN　　　　　　　　　　　　　　　　PLAINTIFF
#63015

v.　　　　　　　　No. 3:19-cv-200-DPM

AMBER NICOLE ANDERSON,
ADAM GREGORY ANDERSON　　　　　　　　　　　DEFENDANTS

## JUDGMENT

Gann's complaint is dismissed without prejudice.

　　　　　　　　　　　　　_/s/ D.P. Marshall Jr._
　　　　　　　　　　　　　D.P. Marshall Jr.
　　　　　　　　　　　　　United States District Judge

　　　　　　　　　　　　　27 August 2019